Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

District of Nebraska

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Joshua Pierce     **Docket Number:** 8:00CR37

**Sentencing Judge:**   The Honorable Thomas M. Shanahan
United States Senior District Court Judge

**Date of Original Sentence:**  October 23, 2000

**Original Offense:** Use of a Firearm During the Commission of a Violent Crime

**Original Sentence:**   84 months imprisonment and 3 years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commences:** March 10, 2006

---

## PETITIONING THE COURT

___  To extend the term of supervision for _____, for a total term of _____

_X_  To modify the conditions of supervision as follows:

Pursuant to 18 U.S.C. 3583(d), the defendant shall submit to a drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further, the defendant shall submit to such testing as requested by any probation officer to detect the presence of any controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances. Based on the defendant's ability to pay, the defendant shall pay for the collection of urine samples to be tested for the presence of any controlled substances in an amount determined by the probation officer.

## CAUSE

The Court at the time of sentencing recommended that he attend and complete the 500 hour Comprehensive Drug Abuse Treatment Program through the Bureau of Prisons. Therefore, to be consistent with the Courts order the defendant should be drug tested while on supervised release. Additionally, the defendant indicated in the Presentence Investigation Report that he has consumed marijuana since the age of 14 and that his last use was in January 2000 (same time period as the instant offense).

Respectfully submitted,

Todd M. Enger
U.S. Probation Officer

Reviewed by,

John A. Hill
Supervising U.S. Probation Officer

## THE COURT ORDERS

____ No Action

____ The Extension of Supervision as noted above

✓ The Modification of Conditions as noted above

____ Other

The Honorable Thomas M. Shanahan
U.S. District Judge    LAURIE SMITH CAMP

Date  3/22/06